No. 8732. STATE OF MONTANA ex rel. L. W. CARTER AND LEE SIMONSEN, RELATORS AND PLAINTIFFS, *v.* DISTRICT COURT, YELLOWSTONE COUNTY, et al., RESPONDENTS AND DEFENDANTS.

On application for a writ of supervisory control, IT IS HEREBY ORDERED that the application be denied. Hugh Adair, Chief Justice, I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this 17th day of February, 1947.

Attorneys for Relators: *Horace S. Davis,* Billings; *Ralph J. Anderson, Helena.*

No. 8735. STATE OF MONTANA ex rel. ASA E. ARMSTRONG, SHERIFF OF GLACIER COUNTY, RELATOR, *v.* DISTRICT COURT, GLACIER COUNTY, et al., RESPONDENTS.

IT IS HEREBY ORDERED that the application of the Relator for an alternative writ of prohibition be denied. Hugh Adair, Chief Justice, I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this 6th day of March, 1947.

Attorneys for Relator: *Murrills and Frisbee,* Cut Bank.